AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| **Register of Copyrights**<br>**U.S. Copyright Office**<br>**101 Independence Ave. S.E.**<br>**Washington, D.C. 20559-6000** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION OR APPEAL**<br>**REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| | | |
|---|---|---|
| ☑ ACTION ☐ APPEAL | | COURT NAME AND LOCATION<br>Northern District of Illininois |
| DOCKET NO.<br>26-cv-14017 | DATE FILED<br>11/11/2026 | |
| PLAINTIFF<br>Kim Haskins | DEFENDANT<br>The Partnerships and Unincorporated Associations Identified on Schedule A | |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 See attachec | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|
| **COPYRIGHT REGISTRATION NO.** | **TITLE OF WORK** | **AUTHOR OF WORK** |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☐ Order ☐ Judgment | ☐ Yes ☐ No | |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| T. Bruton | M. Navarro | 11/12/2026 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Print Save As... Reset

Exhibit 1

# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**
**VA 2-416-919**
**Effective Date of Registration:**
August 20, 2024
**Registration Decision Date:**
October 09, 2024

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** Purrfect Christmas

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** September 28, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10758

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

United States Register of Copyrights and Director

**Registration Number**

**VA 2-236-190**

**Effective Date of Registration:**
February 03, 2021

**Registration Decision Date:**
February 05, 2021

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** YOU'RE PURRFECT

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** November 22, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH LTD
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** Fitzroy House, 18 ASHWIN STREET
LONDON, E8 3DL United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** February 03, 2021
**Applicant's Tracking Number:** USCO-05306

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-130-613**

**Effective Date of Registration:**
September 18, 2018

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** SWEETHEART

## Completion/Publication

**Year of Completion:** 2013
**Date of 1st Publication:** January 12, 2014
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05301

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA0002130613O202*



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Shira Perlmutter

United States Register of Copyrights and Director

**Registration Number**

**VA 2-418-118**

**Effective Date of Registration:**
August 20, 2024

**Registration Decision Date:**
October 17, 2024

## Copyright Registration for One Work by One Author

Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** FELINE FESTIVE

## Completion/Publication

**Year of Completion:** 2015
**Date of 1st Publication:** September 29, 2015
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
**Author Created:** Artwork
**Citizen of:** United Kingdom
**Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 St. Leonards Avenue, Bedford, MK42 0RB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +442073232009
**Address:** 30733 RUE VALOIS
Palos Verdes, CA 90275 United States

## Certification

**Name:** Joe G. Naylor
**Date:** August 20, 2024
**Applicant's Tracking Number:** USCO-10759

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.



# Certificate of Registration

SEAL OF THE UNITED STATES COPYRIGHT OFFICE · 1870

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-120-533**
**Effective Date of Registration:**
September 18, 2018

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** PURRENTING

## Completion/Publication

**Year of Completion:** 2012
**Date of 1st Publication:** March 01, 2012
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05294

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA000212053302O2*


Kim Haskins

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**
**VA 2-130-781**
**Effective Date of Registration:**
September 18, 2018

**Copyright Registration for One Work by One Author**
Registration issued pursuant to 37 CFR §202.3

## Title

**Title of Work:** BUTCH

## Completion/Publication

**Year of Completion:** 2011
**Date of 1st Publication:** October 03, 2011
**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** KIM HASKINS
  **Author Created:** Artwork
  **Citizen of:** United Kingdom
  **Domiciled in:** United Kingdom

## Copyright Claimant

**Copyright Claimant:** KIM HASKINS
35 ST LEONARD'S AVENUE, BEDFORD MK42 ORB, United Kingdom

## Rights and Permissions

**Organization Name:** LICKERISH
**Name:** EMMA CARLSEN
**Email:** emma.carlsen@lickerishltd.com
**Telephone:** +4402073232009
**Address:** 4A TILEYARD STUDIOS, TILEYARD ROAD
LONDON N7 9AH United Kingdom

## Certification

**Name:** Joe G. Naylor, Authorized agent of Author/Owner
**Date:** September 18, 2018
**Applicant's Tracking Number:** USCO-05300

---

**Copyright Office notes:** Regarding basis for registration: A work may be registered with the Single Application only if the following requirements have been met: 1) The registration covers one work; 2) The work must be created by one individual; 3) All of the material contained within the work must be created by the same individual; 4) The author and the owner of the work must be the same person, and that person must own all of the rights in the work; 5) The work cannot be a work made for hire.

*0000VA0002130781020 2*

