Exhibit 1

| 001 elevenforest.com |
| --- |

5/5/26, 6:17 AM 35.99 Funny Christmas Cat Print Casual Knit Pullover Sweater elevenforest




5/5/26, 6:18 AM elevenforest




VA 2-416-919



## 002 sukissy.com

5/5/26, 6:26 AM sukissy

Free shipping on international order of $69+

SUKISSY

English USD Search products

Home New Arrivals Best Selling Viking Festivals Linen Pick by Designs Dresses ACC Vacation



Funny Christmas Cat Print Casual Knit Pullover Sweater

$31.99

5% OFF Extra GET

8% OFF 2nd item
20% OFF 3rd item
30% OFF 4th item

Color: Grey

Grey

Size

S M L XL 2XL 3XL 4XL 5XL

Quantity

1

Add to cart - $31.99

Buy now

PayPal

5/5/26, 6:28 AM sukissy

SUKISSY

Express checkout

PayPal

OR

Contact Already have an account? Login

Email [redacted]

Email me with news and offers

Shipping address

Your address will only be used for order delivery.

Country/Region United States

First Name Oo Last Name Ooo

Company (optional)

Street address & house number 111 W JACKSON BLVD

Apartment, suite, building floor... (optional)

City/Town CHICAGO

State Illinois ZIP code 60604-3589

[redacted]

Save this information for next time

Shipping method

Funny Christmas Cat Print Casual Knit Pullover Sweater $31.99
Color: Grey
Size: S

Gift Card / Coupon Code Apply

Subtotal $31.99

Shipping + $9.99

Total: USD $41.98

**VA 2-416-919**



003 fashionsully.com

5/5/26, 6:23 AM Funny Christmas Cat Print Casual Knit Pullover Sweater – fashionsully

Buy 3 Enjoy Extra 10% Off Now | Code: FS10

Fashionsully

USD

What's New Women's Clothing Dresses Order Tracking





## Funny Christmas Cat Print Casual Knit Pullover Sweater

~~$51.98~~ $30.99 Sale

Shipping calculated at checkout.

Color: gray | Size: S | Quantity: 1

ADD TO CART

Pay with PayPal

More payment options

**SPU:** DZ-99146-LLQ
**Pattern:** Christmas Cat Print
**Process:** Knitted
**Style:** Casual
**Length:** Mid-Length
**Collar:** Round Neck
**Popular Elements:** Christmas Cat Print
**Sleeve Type:** Long Sleeve
**Occasion:** Daily
**Theme:** Spring, Fall
NOTE: If you are not sure, please choose a larger size. If you have any doubts about this product, we suggest you contact our customer service team. Due to

5/5/26, 6:24 AM Checkout - fashionsully

Fashionsully

Express checkout

PayPal

OR

**Contact** Sign in

[redacted]

Email me with news and offers

**Delivery**

Country/Region: United States

Oo | Ooo

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO | State: Illinois | 60604-3589

[redacted]

Save this information for next time

**Shipping method**

US Shipping $10.00

**Payment**

All transactions are secure and encrypted.



Funny Christmas Cat Print Casual Knit Pullover Sweater $30.99
gray / S

Discount code Apply

Subtotal $30.99
Shipping $10.00
**Total** USD $40.99

VA 2-416-919



## 004 offseasons.store

4/29/26, 8:54 PM — Cute Cat Print Cooking Kitchen Apron – OFFSEASONS

Welcome to OFFSEASONS

OFF SEASONS | Home | Contact | About Us | OFF SEASON | Privacy Policy | Terms of Service | Returns & Refunds | Shipping Policy



OFFSEASONS

### Cute Cat Print Cooking Kitchen Apron

$17.99 USD

Shipping calculated at checkout.

Pay over time for orders over $35.00 with shop Pay
Learn more

Color

White | Yellow | Cream | Pink

Size

68 x 55 CM

Quantity

− 1 +

Add to cart

Buy with shop

More payment options

Introducing our delightful Cute Cat Print Cooking Kitchen Apron, the purr-fect blend of style and functionality for your culinary

4/29/26, 8:56 PM — Checkout - OFFSEASONS

OFFSEASONS

Express checkout

shop | PayPal | G

OR

Contact — Sign in

[redacted]

Email me with news and offers

Delivery

Country/Region: United States

Oo | Ooo

Company (optional)

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO | State: Illinois | 60604-3589

[redacted]

Shipping method

Economy — 5 to 8 business days — $4.90

Standard — 3 to 4 business days — $6.90

Cute Cat Print Cooking Kitchen Apron — Cream / 68 x 55 CM — $17.99

Subtotal $17.99

Shipping

Total

**VA 2-236-190**



005 superkittycats.com







VA 2-236-190



## 006 myshoptherapy.store

4/29/26, 8:05 PM Cute Cat Print Cooking Kitchen Apron – MyShopTherapy

Free Shipping On All Orders! Limited Time Only

Home Shop Now Contact Search MyShopTherapy





### Cute Cat Print Cooking Kitchen Apron

$20.00

COLOR – Black Cat

SIZE

68 x 55 CM

Add to cart

Buy with shop

More payment options

Pay over time for orders over $35.00 with shop Learn more

Free Worldwide Shipping

Satisfaction Guaranteed

Introducing our delightful Cute Cat Print Cooking Kitchen Apron, the purr-fect blend of style and functionality for your culinary adventures! Say goodbye to kitchen mishaps with this charming apron crafted from durable cotton linen.

Designed with a playful cat print, this apron adds a touch of whimsy to your cooking routine. But don't let its adorable design fool you—this apron means business when it comes to keeping you clean and tidy in the kitchen.

Measuring at a generous 68*55cm, it provides ample coverage to shield your clothes from spills and splatters. Worried about those inevitable kitchen accidents? Fear not! Our apron boasts a waterproof feature, ensuring that even the messiest of cooking sessions won't dampen your spirits.

Available in a delightful shade of blue, this apron not only keeps you clean but also adds a pop of color to your kitchen ensemble. Whether you're whipping up a gourmet meal or indulging in a baking spree, our apron is your trusty companion.

And the best part? Cleaning up is a breeze! Simply toss it in the washing machine for hassle-free maintenance, allowing you to focus on what truly matters—creating culinary masterpieces.

Elevate your kitchen attire with our Cute Cat Print Cooking Kitchen Apron—it's the cat's meow of kitchen accessories!

4/29/26, 8:07 PM Checkout - MyShopTherapy

MyShopTherapy

Express checkout

shop PayPal G

OR

Contact Sign in

[redacted]

Email me with news and offers

Delivery

Country/Region
United States

Oo Ooo

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO State Illinois 60604-3589

Shipping method

Economy FREE
5 to 8 business days

Payment

All transactions are secure and encrypted

Credit card

Card number

Cute Cat Print Cooking Kitchen Apron $20.00
Black Cat / 68 x 55 CM

Subtotal $20.00

Shipping

Total

## VA 2-130-613



007 kittynook.com

4/29/26, 9:13 PM Kitchen Catz Cooking Apron - KittyNook Cat Co.

Free Worldwide Shipping Above 60 USD | 30Days FREE returns E-mail us

KittyNook Home Best Sellers Shop Blog Newsletter

Home / Kitchen Catz Cooking Apron



★★★★★ (25)

## Kitchen Catz Cooking Apron

$28.88 ~~$47.88~~ 40% OFF

Color - Style 3

Style 3

LIMITED TIME OFFER

The price of this item will revert back to $47.88 at the end of this countdown.

12 days 06 hours 29 minutes 51 seconds

LEFT IN STOCK

Products will be delivered between Wed, May 06, 2026 and Wed, May 13, 2026.

- 1 + Add to cart

Buy with shop

More payment options

80 watching this item.

93 have this item in their cart.

Product description

This whimsical apron is sure to put a smile on your face! Not only is it fully functional, but it's also delightfully fun!

More About Kitchen Catz Cooking Apron:

- The Kitchen Catz Apron was made by cat lovers for cat lovers! Lightweight

4/29/26, 9:10 PM Checkout - KittyNook Cat Co.

[redacted] le phone (optional)

KittyNook

Express checkout

shop PayPal G

OR

Contact Sign in

[redacted]

Email me with news and offers

Delivery

Country/Region United States

Oo Ooo

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO State 60604-3589

[redacted]

Shipping method

Enter your shipping address to view available shipping methods

Payment

All transactions are secure and encrypted

Kitchen Catz Cooking Apron Style 3 ₱2,000.00

Discount code or gift card

Subtotal

Shipping

Total

VA 2-130-613



008 wearshes.com

5/5/26, 6:13 AM Casual Colorblock Cat Print Long Sleeve Tunic 26.99




5/5/26, 6:15 AM wearshes




VA 2-418-118



# 009 allpaintbynumbers.art

4/29/26, 10:08 PM Cats Painting - Artistic GIFT – AllPaintbyNumbers

Welcome to Our Store. Get 15% Off Today. Use Discount Code: VIP15

ALLPAINT BY NUMBERS.COM

Home | New Arrivals 2025 | Best Paintings | All Paintings | Custom Painting | Collections | Animals | Our Artists | SALE | Supplies | Tools | How-to | Help | Gift Cards | Reviews





No reviews | Ask a question

## Cats Painting - Artistic GIFT

$21.95 USD Sale

Pay over time for orders over $35.00 with shop Pay Learn more

Size: 40x50cm / 16x20in

Type: Frameless

Add to cart

Buy with shop

More payment options

Brace yourself for a "miracle" that paint by numbers is. The experience of drawing a brush artistically on a linen canvas is priceless. And the feeling of completing a masterpiece like the one you are seeing on the left side is worth its weight in gold. So let the Painting make you with our exquisite paint by number kits.

2 Add to wishlist

FREE U.S SHIPPING | NO-HASSLE RETURNS | SATISFACTION GUARANTEED | SECURE CHECKOUT

Share

4/29/26, 10:10 PM Checkout - AllPaintbyNumbers

ALLPAINT BY NUMBERS.COM

Express checkout

shop | PayPal | G

OR

**Contact** Sign in

[redacted]

Email me with news and offers

**Delivery**

Country/Region: United States

Oo | Ooo

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO | State: Illinois | 60604-3589

[redacted]

Text me with news and offers

**Shipping method**

Standard FREE

**Payment**

Cats Painting - Artistic GIFT $21.95
40x50cm / 16x20in / Frameless

Discount code or gift card Apply

Subtotal $21.95

Shipping FREE

**Total** USD $21.95

# VA 2-120-533



010 paintbynumbershome.com

4/29/26, 10:17 PM

Cartoon Cat & Mouse – Paint by Numbers Home

Welcome to Our Store. Get 17% Off Today. Use Discount Code: PBN17 →

PAINT BY NUMBERS HOME

Home Custom Paint by Numbers Collections Supplies Tutorials HELP Why Us? Reviews How We Work USA Stock - 3-5 Days Shipping





## Cartoon Cat & Mouse

$21.99 USD

### Create masterpieces with these ultimate paint by numbers kits!

Revel in the joy of painting by numbers with our unique paint by number designs! Painting by numbers is a great way to spend some quality time with your loved ones or allow your creativity to shine through the art. Explore the artist in you with these paint by numbers kits and enjoy:

- Hours of fun and **creativity** making your own art.
- A great resource to explore your artistic abilities in a **fun** way.
- A **relaxing** hobby that makes you feel better mentally AND physically.

**Why Choose Paint by Numbers Home?**

1. We have **1500+ Unique designs** of Paint by Number Kits that no one else has.
2. We give **Guarantee** of our products.
3. Our Products are **High-Quality**.
4. Our **Customer service** is very quick.
5. Our Store has **100% secure checkout**.

Size (inch)

40x50cm

Type

Frameless

4/29/26, 10:20 PM

Checkout - Paint by Numbers Home

Paint by Numbers Home

Express checkout

PayPal

OR

Contact Sign in

[redacted]

Email me with news and offers

Delivery

Country/Region United States

Oo Ooo

111 W JACKSON BLVD

Apartment, suite, etc. (optional)

CHICAGO State Illinois 60604-3589

[redacted]

Save this information for next time

Shipping method

Free Shipping FREE

Expedited Shipping (15-25 days during COVID-19 Pandemic) $6.99

Payment

Cartoon Cat & Mouse $21.99
40X50cm / Frameless

Discount code or gift card Apply

Subtotal $21.99
Shipping FREE
Total USD $21.99

VA 2-130-781

