**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Kim Haskins

Plaintiff,

v.

Case No.: 1:26−cv−14017

Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 23, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: The Court sua sponte raises the issue of whether these numerous defendants can be properly joined in this single action under Federal Rule of Civil Procedure 20. See Cuomo v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 26 C 7119 (N.D. Ill. Jul. 28, 2026) (Alonso, J.), Dkt. No. 19; Anagram Int'l, LLC v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 24 CV 12194, 2025 U.S. Dist. LEXIS 43230, at 9 (N.D. Ill. Feb. 21, 2025); Tang v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 23 C 4587, 2024 WL 68332, at 3 (N.D. Ill. Jan. 4, 2024); Roadget Bus. Pte. Ltd. v. Individuals, Corps., LLCs, P'ships, & Unincorporated Ass'ns Identified on Schedule A Hereto, No. 23 C 17036, 2024 WL 1858592, at 6 (N.D. Ill. Apr. 29, 2024); Viking Arm AS v. P'ships & Unincorporated Ass'ns Identified on Schedule A, No. 24 C 1566, 2024 WL 2953105, at 3 (N.D. Ill. June 6, 2024). By 12/1/26, Plaintiff must file a memorandum addressing the propriety of joinder in light of the principles set forth in the above−cited cases. In the alternative, Plaintiff has leave to file an amended complaint by 12/1/26 with a smaller subset of defendants, along with a memorandum explaining why that smaller subset of defendants is properly joined, bearing in mind that Rule 20(a)'s requirement for a common transaction or occurrence is not satisfied where multiple defendants have merely infringed the same intellectual property. Estee Lauder Cosms. Ltd. v. P'ships & Unincorporated Ass'sn Identified on Schedule A, 334 F.R.D. 182, 187 (N.D. Ill. 2020) (citing, inter alia, In re EMC Corp., 677 F.3d 1351, 1359 (Fed. Cir. 2012)). Plaintiff's motion [13] to conduct expedited discovery is denied without prejudice. Presentment of motion set for 11/25/26 is stricken. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was

generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.